# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| SMITH | : | 02-4503 |
| BERGSTRAND | : | 02-4788 |
| ABNER, et al. | : | 02-4825 |
| ANDERSON, et al. | : | 02-4882 |
| BOSHART | : | 02-4938 |
| ELLISWORTH, et al. | : | 02-4975 |
| ESTANISLAO, et al. | : | 02-5000 |
| DESOUZA | : | 02-5062 |
| GRANT, et al. | : | 02-5086 |
| GRUNWALD, et al. | : | 02-5114 |
| WAGONER, et al. | : | 02-5174 |
| VITALE, et al. | : | 02-5212 |
| LOVE | : | 02-5271 |
| HUCKABAY, et al. | : | 02-5290 |
| GARVIN | : | 02-5349 |
| TAPIA | : | 02-5413 |
| LEWIS, et al. | : | 02-5474 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[  ]  -  Order staying these proceedings pending disposition of a related action.

[  ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[  ]  -  Interlocutory appeal filed.

      [ X ]   -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                       **BY THE COURT:**

                        _____

                       **Clarence C. Newcomer, Judge**